```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:18-po-00003 |
| v. ) | |
| ) | COURT DATE: January 29, 2018 |
| HANG M. NGUYEN ) | |

## MOTION TO DISMISS

The United States of America, by and through its attorneys, Tracy Doherty-McCormick, Acting United States Attorney for the Eastern District of Virginia, and Bridget Karns, Special Assistant United States Attorney, represents to this Court that it does not desire to prosecute further 1:18-po-00003 as to HANG M. NGUYEN.

Accordingly, the United States hereby moves for a dismissal of 1:18-po-00003 without prejudice.

Respectfully submitted,

Tracy Doherty-McCormick,
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Bridget Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)299-3776
Fax (703) 805-1042
Bridget.Karns@usdoj.gov